FRED F. SHIELDS COMPANY, APPELLANT, V. MOLLIE PITLOR ET AL., APPELLEES.

FILED DECEMBER 21, 1934. No. 29066.

*Frederick L. Wolff,* for appellant.

*Harry Silverman, contra.*

Heard before GOSS, C. J., ROSE, GOOD, EBERLY, DAY and PAINE, JJ., and ELDRED, District Judge.

Per Curiam.
Plaintiff appeals from an adverse decision of the district court for Douglas county, in an action to foreclose a mechanic's lien. We have carefully examined the record and find the same to be free from reversible error. The judgment of the district court is therefore

AFFIRMED.